UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE KOLLMAN,

      Plaintiff,

v.

                                     Case No. 08-13023

COMMISSIONER OF SOCIAL          Honorable Patrick J. Duggan
SECURITY,

      Defendant.

_____/

**OPINION AND ORDER**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on August 11, 2009.

PRESENT:      THE HONORABLE PATRICK J. DUGGAN
                      U.S. DISTRICT COURT JUDGE

On July 14, 2008, Plaintiff filed this lawsuit challenging a final decision of the

Commissioner denying Plaintiff's application for Supplemental Security Income.  On

December 1, 2008, Plaintiff filed a motion for summary judgment.  On February 2, 2009,

Defendant filed a motion for summary judgment.  This Court referred both motions to

Magistrate Judge R. Steven Whalen.

On July 16, 2009, Magistrate Judge Whalen filed his Report and Recommendation

(R&R) recommending that this Court deny Plaintiff's motion for summary judgment and

grant Defendant's motion.  At the conclusion of the R&R, Magistrate Judge Whalen

advises the parties that they may object and seek review of the R&R within ten days of

service upon them.  (R&R at 22-23.)  He further specifically advises the parties that

"[f]ailure to file specific objections constitutes a waiver of any further right to appeal."

(*Id*. at 23, citing *Thomas v. Arn*, 474 U.S. 140, 106 S. Ct. 466 (1985); *Howard v. Sec'y of*

*Health and Human Servs*., 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638

F.2d 947 (6th Cir. 1981).)  Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions

reached by Magistrate Judge Whalen.  Accordingly,

**IT IS ORDERED**, that Plaintiff's motion for summary judgment is **DENIED**;

**IT IS FURTHER ORDERED**, that Defendant's motion for summary judgment is

**GRANTED**.


s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Mikel E. Lupisella, Esq.
AUSA Steven Cares
Magistrate Judge R. Steven Whalen