UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENISE KOLLMAN

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 08-13023
Honorable Patrick J. Duggan

## **JUDGMENT**

This matter having come before the Court on Plaintiff's and Defendant's cross-motions for summary judgment, and the Court having issued an Opinion and Order on this date granting Defendant's motion and denying Plaintiff's motion,

**IT IS ORDERED AND ADJUDGED** that the Complaint is **DISMISSED**.

Date: August 11, 2009

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Mikel E. Lupisella, Esq.
AUSA Steven Cares
Magistrate Judge R. Steven Whalen